# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MAYBERRY, | No. C 12-2609 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Pamela K. Critchfield, the court GRANTS respondent's request. (Docket # 5.) Respondent must file and serve his response to the petition no later than **December 7, 2012**. Petitioner must file and serve his traverse no later than **January 11, 2013.**

IT IS SO ORDERED.

DATED: October 15, 2012

SUSAN ILLSTON
United States District Judge