UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MAYBERRY,<br><br>    Petitioner,<br><br>    v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent.<br>_____ / | No. C 12-2609 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

    Respondent has filed an *ex parte* request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Pamela K. Critchfield, the court GRANTS respondent's request. (Docket # 5.) Respondent must file and serve his response to the petition no later than **December 7, 2012**. Petitioner must file and serve his traverse no later than **January 11, 2013.**

    IT IS SO ORDERED.

DATED: October 15, 2012

                                                        SUSAN ILLSTON<br>                                               United States District Judge