UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MAYBERRY, | No. C 12-2609 SI (pr) |
| Petitioner, | **ORDER EXTENDING TRAVERSE DEADLINE** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Petitioner's motion for an extension of the deadline to file his traverse is GRANTED. (Docket # 11.) Petitioner must file and serve his traverse no later than **February 8, 2013**.

IT IS SO ORDERED.

DATED: January 9, 2013

SUSAN ILLSTON
United States District Judge