**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MAYBERRY, | No. C 12-2609 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.  Judgment is entered accordingly.

Dated: September 9, 2013

SUSAN ILLSTON
United States District Judge