**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    KEVIN LEE MAYBERRY,                          No. C 12-2609 SI (pr)
9              Petitioner,                        **JUDGMENT**
10        v.
11   GARY SWARTHOUT, Warden,
12             Respondent.
13   _____/
14        The petition for writ of habeas corpus is denied on the merits.  Judgment is entered
15   accordingly.
16
17   Dated: September 9, 2013
18                                                _____
19                                                SUSAN ILLSTON
                                                  United States District Judge
20
21
22
23
24
25
26
27
28